S. LANE TUCKER
United States Attorney

WILLIAM A. TAYLOR
MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: william.taylor@usdoj.gov
Email: maccaille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>JAMES PEARCE,<br><br>                Defendant. | No. 3:24-cr-00063-JMK-MMS<br><br><u>COUNT 1</u><br>BOMB HOAX AT A FEDERAL BUILDING<br>   Vio. of 18 U.S.C. Sec. 1038(a)(1) |

**<u>INDICTMENT</u>**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about June 11, 2024, within the District of Alaska, the defendant, JAMES PEARCE did intentionally convey false and misleading information by claiming that he had placed explosive devices at a building owned by the United States located at 222 West 7th Avenue in Anchorage, Alaska, under circumstances where such information may

reasonably have been believed, that indicated that an activity was taking place, that would constitute a violation of Title 18 United States Code. Sec 844(f)(1) specifically, that he placed explosives at the building that were on timers and would damage or destroy the building.

All in violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ William A. Taylor
WILLIAM A. TAYLOR
Assistant U.S. Attorney
United States of America

s/ E. Bryan Wilson for
S. LANE TUCKER
United States Attorney

DATE: 6/12/2024